```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
AMBAC ASSURANCE CORP.,              :
                 Plaintiff,         :    ORDER
          -against-                 :    08 Civ. 9464 (RMB)(MHD)
EMC MORTGAGE CORP.,                 :
                 Defendant.         :
-----------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```



It is hereby **ORDERED** that a conference has been scheduled for **TUESDAY, MAY 5, 2009, at 2:00 P.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
        April 23, 2009

SO ORDERED.

**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent this date to:

David Wayne Dykhouse, Esq.
Erik Haas, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036


David Jay Stone, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166