

**GT** GreenbergTraurig

Eric N. Whitney
Tel. 212.801.3153
Fax 212.309.9553
whitneye@gtlaw.com

July 29, 2010

**BY FACSIMILE**

The Honorable Theodore H. Katz
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 17D
New York, New York 10007-1312

Re:   *Ambac Assurance Corporation v. EMC Mortgage Corporation*, Index No. 08 Civ. 9464 (RMB) (THK)

Dear Judge Katz:

We represent Defendant EMC Mortgage Corporation ("EMC").

Upon receipt and review of Ambac's moving papers relating to its request for leave to amend its Complaint, we have concluded, in consultation with counsel for Ambac, that it is necessary to add one day to each of the current deadlines relating to EMC's response and Ambac's reply relating to the motion. Accordingly, EMC would advise Ambac and the Court by tomorrow, July 30th, whether it will seek to have the moving papers filed under seal, will, if necessary, file a motion to seal by August 5th, and file its response to the motion for leave to amend by August 23rd. Ambac would file its reply by September 13th.

We hope that the foregoing is acceptable to the Court and, if so, jointly request that Your Honor endorse this letter to amend the schedule accordingly. Should Your Honor have any questions or concerns, we would be happy to address them in a conference call at the Court's convenience.

Granted/

Respectfully submitted,

**SO ORDERED**

7/30/10   *[signature]*

Eric N. Whitney
On Behalf of EMC Mortgage Corporation

THEODORE H. KATZ
UNITED STATES MAGISTRATE

NY 240468674v3

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
MetLife Building ■ 200 Park Avenue ■ New York, NY 10166 ■ Tel 212.801.9200 ■ Fax 212.801.6400

The Honorable Theodore H. Katz
United States Magistrate Judge
July 29, 2010
Page 2

cc (by hand):   Hon. Richard M. Berman
                Richard A. Edlin, Esq. (GT)
                Anastasia Angelova, Esq. (GT)

cc (by e-mail): Erik Haas, Esq.
                Karla G. Sanchez, Esq.
                *Counsel for Ambac Assurance Corporation*