UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMBAC ASSURANCE CORPORATION,    :

               Plaintiff,    :

       - against -    :

EMC MORTGAGE CORPORATION,    :

               Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No. 08 Civ. 9464 (RMB) (THK)

**[PROPOSED] ORDER**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

     **AND NOW**, this _____ day of _____, 2010, upon consideration of Plaintiff Ambac Assurance Corporation's Motion for Leave to File Amended Complaint, defendant EMC Mortgage Corporation's Opposition to Plaintiff's Motion, and Plaintiff's Reply to EMC Mortgage Corporation's Opposition, it is hereby **ORDERED** that the Motion is **GRANTED** and that,

    1.    Plaintiff shall have ____ days following the entry of this Order to file Plaintiffs' First Amended Complaint;

    2.    Plaintiffs shall serve the First Amended Complaint on all parties to this action in accordance with the Federal Rules of Civil Procedure and this Court's Local Rules; and

3.  Pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, Defendants shall have fourteen (14) days following service of the First Amended Complaint to answer or otherwise respond to the First Amended Complaint.

DATED: New York, New York
_____, 2010

SO ORDERED:

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE