## CERTIFICATE OF SERVICE

  Tammy E. Appelbaum, pursuant to 28 U.S.C. 1746, under penalty of perjury, certifies that on the 29th day of July, 2010, I served the accompanying Notice of Plaintiff's Motion for Leave to Amend the Complaint, Proposed Order, Memorandum of Law in Support of Plaintiff Ambac Assurance Corporation's Motion for Leave to File Amended Complaint, Declaration of Erik Haas in Support of Ambac's Motion for Leave to File Amended Complaint and Declaration of Philip R. Forlenza in Support of Ambac's Motion for leave to File Amended Complaint upon counsel for Defendant, pursuant to an agreement of the parties, by electronic mail to the following addresses:

Whitneye@gtlaw.com

Dstone@gtlaw.com

Mcpeakm@gtlaw.com

Angelovaa@gtlaw.com

Edlinr@gtlaw.com

Wescobar@kelleydrye.com

Npanarella@kelleydrye.com

jcallagy@kelleydrye.com

amacgregor@kelleydrye.com

Ddiaz@kelleydrye.com

*[signature]*
Tammy E. Appelbaum

4107219v.1