UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
:
AMBAC ASSURANCE CORPORATION,          : Index No. 08 Civ. 9464 (RMB) (THK)
:
Plaintiff,                            :
: **DECLARATION OF ERIC N.**
: **WHITNEY IN SUPPORT OF**
-against-                             : **DEFENDANT EMC**
: **MORTGAGE CORPORATION'S**
EMC MORTGAGE CORPORATION,             : **MOTION TO SEAL AMBAC**
: **ASSURANCE CORPORATION'S**
Defendants.                           : **MOTION FOR LEAVE TO**
: **AMEND ITS COMPLAINT**
:
:
----------------------------------- X

I, ERIC N. WHITNEY, hereby declare as follows:

1. I am a Shareholder in the law firm Greenberg Traurig LLP, counsel to EMC Mortgage Corporation. I submit this declaration in support of Defendant EMC Mortgage Corporation's Motion to Seal Ambac Assurance Corporation's Motion for Leave to Amend Its Complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of a FINRA Uniform Application for Securities Industry Registration or Transfer (FINRA Rev. Form U4 (05/2009)), *available at* http://www.finra.org/web/groups/industry/@ip/@comp/@regis/documents/appsupportdocs/p015112.pdf.

Executed pursuant to 28 U.S.C. § 1746, this 5th day of August, 2010.

                                                /s/ Eric N. Whitney
                                                Eric. N. Whitney