# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

August 10, 2010

**By Hand**
The Honorable Theodore H. Katz
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 17D
New York, New York 10007-1312

Karla G. Sanchez
Partner
(212) 336-2785
Direct Fax (212) 336-2788
kgsanchez@pbwt.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/10

**MEMO ENDORSED**

Re: **Ambac Assurance Corp. v. EMC Mortgage Corp.,
Index No. 08 Civ. 9464 (RMB) (THK)**

Dear Judge Katz:

We represent plaintiff Ambac Assurance Corporation ("Ambac") in the above-captioned lawsuit. We write to respectfully request an extension of time to respond to non-party Anna Maxie's Amended Motion for a Protective Order.

Although Anna Maxie served Ambac with the Amended Motion for a Protective Order on July 17, 2010, it did not file the Motion until August 4, 2010. Prior to serving the instant Motion, Anna Maxie served Ambac with a virtually identical motion in March, after which, Ambac made inquiries with Ms. Maxie's counsel in an effort to meet and confer and Ambac inquired as to whether the motion would be filed. Indeed, the parties are still conferring regarding the scope of Ambac's subpoena and Anna Maxie's ability and willingness to comply. Ambac has made an offer of compromise to Ms. Maxie's counsel, Mr. Richard Allen Hunt, who has agreed to provide it to his client. However, Mr. Hunt has indicated he is unable to state whether his client objects to Ambac's offer or this request for an extension because Ms. Maxie's son (the manager of her affairs) is out of the country on official business for 6 weeks. Thus, we request an extension of time to answer until October 5, 2010.

Ambac had until July 29, 2010 to oppose Anna Maxie's Motion. However, given Ms. Maxie's previous unfiled motion and the parties' subsequent discussions, it was unclear whether Anna Maxie was filing the second Motion. This is Ambac's first request for an extension.

Granted.

**SO ORDERED**

8/11/10

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

The Honorable Theodore H. Katz
August 10, 2010
Page 2

Respectfully submitted,

*Karla A. Sanchez*

Karla G. Sanchez

cc: Richard Allen Hunt, Esq.
R.A. Hunt & Associates
*Attorney for Anna Maxie*

Eric N. Whitney, Esq.
Greenberg Traurig, LLP
*Attorney for Defendant EMC Mortgage Corp.*