UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMBAC ASSURANCE CORPORATION,<br><br>                       Plaintiff,<br><br>           -against-<br><br>EMC MORTGAGE CORPORATION,<br><br>                       Defendant. | Index No. 08 Civ. 9464 (RMB)<br>(THK)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT and ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE THAT, Caroline J. Heller, Esq., of Greenberg Traurig, LLP, hereby appears as counsel in this case for the Defendant, EMC Mortgage Corporation, and request that all papers in this action be served upon the undersigned. I certify that I am admitted to practice in this court.

September 1, 2010

                                                                          /s/ Caroline J. Heller
                                                          Caroline J. Heller (CH 8814)
                                                          GREENBERG TRAURIG LLP
                                                          200 Park Avenue
                                                          New York, NY 10166
                                                          (212) 801-9200
                                                          hellerc@gtlaw.com

                                                          *Attorneys for*
                                                          *Defendant EMC Mortgage*
                                                          *Corporation*