UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBAC ASSURANCE CORPORATION,

                Plaintiff,

    -vs-

EMC MORTGAGE CORPORATION,

              Defendants.

No. 08-CV-9464 (RMB)

**<u>NOTICE OF APPEARANCE</u>**

**TO THE COURT AND ABOVE-CAPTIONED PARTIES:**

    **PLEASE TAKE NOTICE** that William H. Devaney, Esq., of Venable LLP, 1270 Avenue of the Americas, 25th Floor, New York, New York 10020, shall appear as co-counsel for Plaintiff Ambac Assurance Corporation in the above-captioned matter.

Dated: New York, New York
       October 12, 2010

                          /s/ William H. Devaney
                  William H. Devaney (WD-0563)
                  VENABLE LLP
                  1270 Avenue of the Americas, 25th Floor
                  New York, New York 10020
                  (212) 307-5500
                  whdevaney@venable.com

                  *Attorneys for Plaintiff Ambac Assurance Corporation*