UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBAC ASSURANCE CORPORATION,

        Plaintiff,

  -vs-

EMC MORTGAGE CORPORATION,

        Defendants.

No. 08-CV-9464 (RMB)

**NOTICE OF APPEARANCE**

**TO THE COURT AND ABOVE-CAPTIONED PARTIES:**

    **PLEASE TAKE NOTICE** that Heather L. Maly, Esq., of Venable LLP, 1270 Avenue of the Americas, 25th Floor, New York, New York 10020, shall appear as co-counsel for Plaintiff Ambac Assurance Corporation in the above-captioned matter.

Dated: New York, New York
       October 12, 2010

                /s/ Heather L. Maly
                Heather L. Maly (HM-8214)
                VENABLE LLP
                1270 Avenue of the Americas, 25th Floor
                New York, New York 10020
                (212) 307-5500

                *Attorneys for Plaintiff Ambac Assurance Corporation*