

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

Karla G. Sanchez
Partner
(212) 336-2785
Direct Fax (212) 336-2788
kgsanchez@pbwt.com

October 4, 2010



**By Hand**

The Honorable Theodore H. Katz
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 17D
New York, New York 10007-1312

Re:   Ambac Assurance Corp. v. EMC Mortgage Corp.,
      Index No. 08 Civ. 9464 (RMB) (THK)
      *Third-Party Anna Maxie Motion for a Protective Order*

Dear Judge Katz:

We represent plaintiff Ambac Assurance Corporation ("Ambac") in the above-captioned lawsuit. We write to respectfully request an additional extension of time to respond to non-party Anna Maxie's Amended Motion for a Protective Order.

This is Ambac's second request for an extension. On August 11, 2010, Your Honor approved Ambac's first request for an extension where Ambac informed the Court that the parties had not exhausted the meet and confer process, and that Ms. Maxie's counsel, Mr. Richard Allen Hunt, represented that Ms. Maxie's son (the manager of her affairs) was out of the country on official business for 6 weeks. Ambac contacted Mr. Hunt on September 23, September 29, and October 4, and has learned that Ms. Maxie's son did not return to the country until September 30, whereupon Mr. Hunt provided him with information regarding Ambac's offer of compromise on October 2. However, at present, Mr. Hunt has not yet received his client's approval.

MICROFILMED OCT - 7 2010 -3 8 PM

The Honorable Theodore H. Katz
October 4, 2010
Page 2

       Thus, to allow for the parties to meet and confer, Ambac requests an extension of time to answer until October 29, 2010. Ambac has informed Ms. Maxie's counsel of its intent to request a further extension and counsel has not objected.

Respectfully submitted,

*/s/ Karla G. Sanchez*

Karla G. Sanchez

Granted.

**SO ORDERED**

_____
THEODORE H. KATZ
**UNITED STATES MAGISTRATE JUDGE**

cc: Richard Allen Hunt, Esq.
R.A. Hunt & Associates
*Attorney for Anna Maxie*

Eric N. Whitney, Esq.
Greenberg Traurig, LLP
*Attorney for Defendant EMC Mortgage Corp.*