**MEMO ENDORSED**

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

December 2, 2010

**By Hand**

Karla G. Sanchez
Partner
(212) 336-2785
Direct Fax (212) 336-2788
kgsanchez@pbwt.com

RECEIVED DEC 0 2 2010 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    Ambac Assurance Corp. v. EMC Mortgage Corp.,
       Index No. 08 Civ. 9464

Dear Judge Berman:

> The settlement conference on 12/8/10 is adjourned to 4/6/11 at 9:30 a.m.
>
> SO ORDERED:
> Date: 12/3/10
> /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

We represent plaintiff Ambac Assurance Corporation ("Ambac") in the above-referenced action. We write on behalf of both parties to respectfully request an adjournment of the settlement conference currently scheduled for December 8, 2010.

The December 8 conference was scheduled pursuant to Your Honor's April 15, 2010 Order, when the case schedule called for all fact and expert discovery to be completed by December 3. On July 28, Ambac sought leave to file an amended complaint to add new claims and parties. On October 4, 2010, Ambac's motion to amend the complaint was argued before Magistrate Judge Katz, and is currently *sub judice*. Recognizing that the proposed amended complaint would have an impact on the scheduling in this case, the parties agreed before Judge Katz to suspend the dates in the case schedule until after Ambac's motion is decided.

With the understanding that the settlement conference is to be had following the completion of discovery, the parties jointly request the conference be adjourned until such time when discovery will be complete and a settlement conference will be more fruitful.

Of course, should Your Honor wish that the parties appear on December 8, we will be happy to do so.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/10

Respectfully submitted,

/s/ Karla G. Sanchez

Karla G. Sanchez

cc:    The Honorable Theodore H. Katz
       Counsel of Record for EMC