UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
AMBAC ASSURANCE CORPORATION,

                               08 Civ. 9464 (RMB)(THK))
                 Plaintiff,

       -against-                        ORDER

EMC MORTGAGE CORPORATION,

                 Defendant.
---------------------------------------X

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

       On December 16, 2010, a Report and Recommendation was filed in connection with Ambac Assurance Corporation's Motion for Leave to Amend its Complaint and EMC Mortgage Corporation's Motion to Seal Ambac's Motion for Leave to Amend its Complaint. On page 85 of the Report, it states that extra copies of written objections to the Report, and requests for extensions of time for filing such objections, should be directed to the Honorable Richard J. Sullivan, United States District Judge. The Report and Recommendation is amended to reflect that objections and requests for extension of time should, instead, be directed to the chambers of the Honorable Richard M. Berman, United States District Judge.

       SO ORDERED.

                                         Theodore H. Katz
                                         United States Magistrate Judge

```
Dated:     December 17, 2010
           New York, New York
```