

**GT GreenbergTraurig**

Daniel J. Buzzetta
Tel. 212.801.9217
Fax 212 805-5542
buzzettad@gtlaw.com

RECEIVED
DEC 2 2 2010
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

**MEMO ENDORSED**

December 22, 2010

**BY HAND DELIVERY**

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 21B
New York, New York 10007-1312

> Objections to be filed no later than 1/14/11. Responses to be filed no later than 1/28/11. Final.
>
> **SO ORDERED:**
> Date: 12/22/10
> Richard M. Berman, U.S.D.J.

Re:   *Ambac Assurance Corporation v. EMC Mortgage Corporation,*
      Index No. 08 Civ. 9464 (RMB) (THK)

Dear Judge Berman:

We represent Defendant EMC Mortgage Corporation.

On December 16, 2010, Magistrate Judge Theodore H. Katz issued a Report and Recommendation (the "Report") granting in part and denying in part Plaintiff's motion for leave to amend the Complaint. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(2), the parties have fourteen (14) days from the date of the Report to file written objections which, in this case, is December 30, 2010. Counsel for the parties have conferred and respectfully request that the date to file objections be extended to and including January 14, 2011. Neither party has previously requested an extension of this deadline.

We thank the Court in advance for its consideration of this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/10

Respectfully submitted,

Daniel J. Buzzetta
On Behalf of EMC Mortgage Corporation

DJB/ng

Cc:  Hon. Theodore H. Katz *(via hand delivery)*
     Philip R. Forlenza, Esq. *(via electronic mail)*
     Erik Haas, Esq. *(via electronic mail)*
     Richard A. Edlin, Esq.
     Eric N. Whitney, Esq.
     Anastasia A. Angelova, Esq.