

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas, New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

January 4, 2011

**By Hand**

Erik Haas
Partner
(212) 336-2771
Direct Fax (212) 336-2386
ehaas@pbwt.com

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   **Ambac Assurance Corp. v. EMC Mortgage Corp.,
Index No. 08 Civ. 9464**

Dear Judge Berman:

    We represent plaintiff Ambac Assurance Corporation ("Ambac") in the above-referenced action. We write on behalf of both parties to respectfully request an adjournment of the settlement conference currently scheduled for January 6, 2010. The parties have made five previous requests to adjourn the settlement conference pending completion of fact discovery, which the Court has granted. (*See* Dkt. Nos. 33, 46, 54, 63 and 98.)

    Ambac's motion to amend the complaint to add new claims and parties is currently pending a final determination by this Court, and fact discovery on the existing and new claims is not complete. The parties agree that the settlement conference would be more productive, and should be adjourned until such time when the decision on the motion to amend is final and fact discovery is finished.

    Of course, should Your Honor wish that the parties appear on January 6, we will be happy to do so.

Respectfully submitted,

Erik Haas

cc:   The Honorable Theodore H. Katz
       Counsel of Record for EMC

Application respectfully denied. The conference will proceed as scheduled.

SO ORDERED:
Date: 1/4/11

Richard M. Berman
Richard M. Berman, U.S.D.J.