UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
AMBAC ASSURANCE CORPORATION,                :   Index No. 08 Civ. 9464 (RMB) (THK)
                                            :
                      Plaintiff,            :
                                            :   **NOTICE OF MOTION**
                                            :   **BY DEFENDANT EMC**
      -against-                             :   **MORTGAGE CORPORATION**
                                            :   **FOR RECONSIDERATION OF THE**
EMC MORTGAGE CORPORATION,                   :   **REPORT AND RECOMMENDATION**
                                            :   **OF MAGISTRATE JUDGE**
                      Defendants.           :
                                            :
                                            :
                                            :
---------------------------------------- X

      **PLEASE TAKE NOTICE** that upon the attached Memorandum of Law in Support of Defendant EMC Mortgage Corporation's Motion for Reconsideration of the Report and Recommendation of Magistrate Judge, and all other papers and pleadings on file in this action, EMC Mortgage Corporation will move this Court before the Honorable Theodore H. Katz, United States Magistrate Judge, at the United States Courthouse located at 500 Pearl Street, New York, NY 10007, Courtroom 17D, at a date and time to be determined by the Court, for an order, pursuant to Rules 59(e) and 60(b)(6) of the Federal Rules of Civil Procedure, and Local Civil Rule 6.3 reconsidering that portion of the Report and Recommendation of Magistrate Judge Katz dated December 16, 2010 granting Plaintiff Ambac Assurance Corporation leave to amend its

Complaint to add Bear, Stearns & Co. Inc. as an additional defendant, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
          January 5, 2011

          /s/ Richard A. Edlin
Richard A. Edlin
Eric N. Whitney
Anastasia A. Angelova
GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY 10166
(212) 801-9200
EdlinR@gtlaw.com
WhitneyE@gtlaw.com
AngelovaA@gtlaw.com

John M. Callagy
William A. Escobar
Nicholas J. Panarella
Alison L. MacGregor
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
jcallagy@kelleydrye.com
wescobar@kelleydrye.com
npanarella@kelleydrye.com
amacgregor@kelleydrye.com

*Attorneys for Defendant*
*EMC Mortgage Corporation*

To:    Philip R. Forlenza, Esq.
        Erik Haas, Esq.
        Nico Commandeur, Esq.
        Niraj J. Parekh, Esq.
        Sarah Levin Goodstine, Esq.
        PATTERSON BELKNAP WEBB & TYLER LLP
        1133 Avenue of the Americas
        New York, NY 10036

        *Attorneys for Plaintiff Ambac Assurance Corporation*