UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMBAC ASSURANCE CORPORATION,                    :

                          Plaintiff,       :

                 - against -                           :

EMC MORTGAGE CORPORATON,                         :

                        Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No. 08 Civ. 9464 (RMB)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE, that Nicolas Commandeur of Patterson Belknap Webb & Tyler LLP hereby appears in the above-entitled action as counsel for Plaintiff Ambac Assurance Corporation and requests that a copy of all papers in this action be served upon the undersigned.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       January 19, 2011

PATTERSON BELKNAP WEBB & TYLER LLP

By: _____
         Nicolas Commandeur

1133 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 336-2000
Fax:  (212) 336-2222
ncommandeur@pbwt.com

*Attorney for Ambac Assurance Corporation*

To:   Richard A. Edlin
Eric N. Whitney
Anastasia A. Angelova
GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY 10155
Telephone:   (212) 801-9200
Facsimile:   212 (801-6400
edlinr@gtlaw.com
whitneye@gtlaw.com
angelovaa@gtlaw.com

Mark D. McPeak
GREENBERG TRAURIG LLP
2200 Ross Avenue
Suite 5200
Dallas, TX 75201
(214) 665-3600
mcpeakm@gtlaw.com

John M. Callagy
William A. Escobar
Nicholas J. Panarella
Alison L. MacGregor
Damaris Diaz
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800
jcallagy@kelleydrye.com
wescobar@kelleydrye.com
npanarella@kelleydrye.com
amacgregor@kelleydrye.com
ddiaz@kelleydrye.com

4540299v.1