# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

January 18, 2011

**By Facsimile**

Nicolas Commandeur
Partner
(212) 336-2483
Direct Fax (212) 336-7894
ncommandeur@pbwt.com

The Honorable Theodore H. Katz
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 17D
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/19/11

Re: *Ambac Assurance Corp. v. EMC Mortgage Corp.*,
Index No. 08 Civ. 9464 (RMB) (THK)

Dear Judge Katz:

As the Court is aware, Defendant EMC Mortgage Corporation ("EMC") submitted an application on the evening of Friday, January 14 seeking leave to serve additional discovery requests. Ambac's response to EMC's application is currently due on January 21. However, given the length of EMC's submission, Ambac respectfully requests an extension of three business days – until January 26, 2011 – to provide the Court with its response. EMC consents to this request. Neither party has previously sought an extension of time with respect to this application.

Respectfully submitted,

Nicolas Commandeur

cc (by e-mail): Richard A. Edlin, Esq.
Eric N. Whitney, Esq.
Anastasia A. Angelova, Esq.
Nick Panarella, Esq.
John Callagy, Esq.
Alison MacGregor, Esq.
Damaris Diaz, Esq.

Granted.

1/19/11

**SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE