# EXHIBIT 12

**From:** Nierenberg, Michael (Exchange)
**Sent:** Fri, 16 Mar 2007 10:57:56 GMT
**To:** Verschleiser, Jeff (Exchange); Mongelluzzo, John (Exchange)
**CC:** Silverstein, Baron (Exchange); Haggerty, Mary (Exchange)
**Subject:** RE: Stated income kicks by Clayton 2006

Agree—arent they coming to allmans? If so, why don't you set up a meeting on Tuesday in our office?

**From:** Verschleiser, Jeff (Exchange)
**Sent:** Thursday, March 15, 2007 11:25 PM
**To:** Mongelluzzo, John (Exchange); Nierenberg, Michael (Exchange)
**Cc:** Silverstein, Baron (Exchange); Haggerty, Mary (Exchange)
**Subject:** RE: Stated income kicks by Clayton 2006

We are just burning money hiring them

**From:** Mongelluzzo, John (Exchange)
**Sent:** Thursday, March 15, 2007 8:46 PM
**To:** Verschleiser, Jeff (Exchange); Nierenberg, Michael (Exchange)
**Cc:** Silverstein, Baron (Exchange)
**Subject:** Stated income kicks by Clayton 2006

Per your request I have compiled the number of total files that Clayton reviewed for us in 2006. You requested how many of those were kicked in the diligence process and the subset of the kicks that were kicked for stated income being unreasonable. The numbers are as follows:
58,643 files reviewed
2,078 event level threes
310 for unreasonable income

If you have any questions on the numbers or need further information please contact me.

John Mongelluzzo
Bear Stearns & Co Inc..
383 Madison Avenue
10th floor
New York, NY 10179
Telephone: 212-272-7250
Fax: 917-849-1564