# EXHIBIT 22

**From:** Mehl, Charles (Exchange)
**Sent:** Thu, 05 Apr 2007 19:51:47 GMT
**To:** Lind, Keith (Exchange)
**CC:** Rakovsky, Gregory (Exchange); Durden, Robert R (Exchange)
**Subject:** RE: BSSLT DEAL

---

Is this a going out of business sale?

Charles Mehl
Mortgage Finance
Bear, Stearns & Co. Inc
cmehl@bear.com
(212) 272-2274

---

**From:** Lind, Keith (Exchange)
**Sent:** Thursday, April 05, 2007 12:01 PM
**To:** Durden, Robert R (Exchange)
**Cc:** Rakovsky, Gregory (Exchange); Mehl, Charles (Exchange)
**Subject:** RE: BSSLT DEAL

I want to put it into BSSLT-0701 which should have 4 groups:

Group1 – Helocs
Group2 – conduit 2nds
Group3 - Bulk 2nds
Group4 – EMC Desk 2nds

---

**From:** Durden, Robert R (Exchange)
**Sent:** Thursday, April 05, 2007 11:29 AM
**To:** Lind, Keith (Exchange)
**Cc:** Rakovsky, Gregory (Exchange); Mehl, Charles (Exchange)
**Subject:** BSSLT DEAL

Which BSSLT deal are you looking to put the EMC desk collateral into? Shane Brown mentioned that he and Jason spoke to you and Chris

EMC-AMB 002075468