UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
AMBAC ASSURANCE CORPORATION,

          Plaintiff,

        -against-

EMC MORTGAGE CORPORATION and
BEAR, STEARNS & CO. INC. (now known
as J.P. MORGAN SECURITIES, INC.),

          Defendants.
------------------------------------------------------------ X

Index No. 08 Civ. 9464 (RMB) (THK)

ECF CASE


## NOTICE OF MOTION
## FOR CORRECTION OF THE FEBRUARY 8, 2011 DECISION AND ORDER

      PLEASE TAKE NOTICE that, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, defendants EMC Mortgage Corporation and Bear, Stearns & Co. Inc. (now known as J.P. Morgan Securities, Inc.), upon the accompanying memorandum of law in support of defendants' motion, will move this Court, before the Honorable Richard M. Berman, United States District Judge, in Courtroom 21B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be set by the Court, for an Order correcting the Court's Decision and Order, dated February 8, 2011, and such other relief as the Court deems just and proper.

Dated: March 8, 2011
       New York, New York

                        Respectfully submitted,

                        /s/ Richard A. Edlin
                        Richard A. Edlin
                        Eric N. Whitney
                        GREENBERG TAURIG LLP
                        200 Park Avenue
                        New York, NY  10166
                        Telephone:  (212) 801-9280
                        Facsimile:  (212) 801-6400

                        *Counsel for Defendants EMC Mortgage Corporation and Bear, Stearns & Co. Inc. (now known as J.P. Morgan Securities, Inc.)*

ii