**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| AMBAC ASSURANCE CORPORATION, | : |
| | :    Index No.  08 Civ. 9464 (RMB) (THK) |
|                  Plaintiff, | :    ECF CASE |
|        v. | : |
| | :    JOINT NOTICE OF APPEAL BY EMC |
| EMC MORTGAGE CORPORATION and BEAR, STEARNS & CO. INC. (now known as J.P. MORGAN SECURITIES INC.), | :    MORTGAGE CORPORATION and |
| | :    BEAR, STEARNS & CO. INC. |
| | : |
|                  Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JOINT NOTICE OF APPEAL IN A CIVIL CASE

PLEASE TAKE NOTICE that Defendants EMC Mortgage Corporation ("EMC") and Bear, Stearns & Co. Inc. (now known as J.P. Morgan Securities Inc.) ("Bear Stearns") hereby jointly appeal to the United States Court of Appeals for the Second Circuit from the attached Decision and Order of the District Court, dated February 8, 2011 (the "Order") (Exhibit A hereto), and the final judgment in this case, to the extent that the Order (i) granted Plaintiff Ambac Assurance Corporation leave to amend its complaint to assert a fraudulent inducement claim against EMC and Bear Stearns and (ii) permitted the joinder of Bear Stearns, a non-diverse, non-required party and dismissed the action for lack of federal diversity jurisdiction.

Dated: March 9, 2011

Respectfully submitted,

Richard A. Edlin
Eric N. Whitney
Anastasia A. Angelova
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9280
Facsimile: (212) 801-6400


Stacey R. Friedman
Darrell S. Cafasso
David A. Castleman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588


*Attorneys for Defendants-Appellants*
*EMC Mortgage Corporation and*
*J.P. Morgan Securities, LLC*

## Counsel of Record for Plaintiff-Appellee Ambac Assurance Corporation

Carrie Ann Syme
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 336-2535
Facsimile:  (212) 336-2222
Email:  casyme@pbwt.com

David Wayne Dykhouse
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 336-2850
Facsimile:  (212) 336-2852
Email:  dwdykhouse@pbwt.com

Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 336-2117
Facsimile:  (212) 336-2386
Email:  ehaas@pbwt.com

Lia Marie Brooks
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 336-2344
Facsimile:  (212) 336-2222
Email:  lbrooks@pbwt.com

Muhammad Usman Faridi
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 336-2874
Facsimile:  (212) 336-1282
Email:  mfaridi@pbwt.com

Nicolas Commandeur
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2483
Facsimile: (212) 336-2222
Email: ncommandeur@pbwt.com

Niraj Jayant Parekh
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2641
Facsimile: (212) 336-7968
Email: njparekh@pbwt.com

Nivritha Casi Ketty
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2429
Facsimile: (212) 336-7941
Email: nketty@pbwt.com

Philip Russell Forlenza
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2140
Facsimile: (212) 336-2222
Email: prforlenza@pbwt.com

Sarah E Zgliniec
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2459
Email: sezgliniec@pbwt.com

Edmund M. O'Toole
Venable LLP
1270 Avenue of the Americas
New York, NY 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
Email: emotoole@venable.com

Heather Lynn Maly
Venable LLP
1270 Avenue of the Americas
New York, NY 10020
Telephone: (212) 307-5500 x6247
Facsimile: (212) 307-5598
Email: hlmaly@venable.com

Joshua Michael Sivin
Kennedy Johnson Gallagher, LLC
99 Wall Street, 15th Floor
New York, NY 10005
Telephone: (212) 248-2220 x2225
Facsimile: (212) 248-0170
Email: jsivin@kjglaw.com

William Hastings Devaney
Venable LLP
1270 Avenue of the Americas
New York, NY 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
Email: whdevaney@venable.com