UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 

---

AMBAC assurance Corporation

-v-

EMC Mortgage

---

U.S.C.A. # 11-0933

U.S.D.C. # 08-CV-9464

JUDGE: Richard M. Berman

DATE: 3-21-2011



## NOTICE TO THE DOCKET CLERK

( ✓ ) 1st SUPPLEMENTAL INDEX

The record in the above entitled case was indexed to the U.S.C.A. for the Second Circuit on the 21st Day of March, 2011.

Rev. 1/03/11

SOUTHERN DISTRICT OF NEW YORK

AMBAC Assurance Corporation

-v-

EMC Mortgage

U.S.C.A. # 11-0933
U.S.D.C. # 08-cv-9464
JUDGE: Richard M. Berman
DATE: 3-21-11

## 1st SUPPLEMENTAL INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): CRAIG ALEXANDER
FIRM: Greenberg Traurig
ADDRESS: 200 Park Ave, Manhattan

PHONE NO.: (212) 801-9200

DISTRICT COURT DOCKET ENTRIES

DOCUMENT DESCRIPTION | DOC. #

1. SUPPLEMENTAL CLERK'S CERTIFICATE — --
2. TRANSCRIPT of proceeding held on May 5, 2009 @ 2:00 p.m — 34
3. TRANSCRIPT of proceeding held on 8/5/09 — 44
4. TRANSCRIPT of proceeding held on March 8, 2010 p.m. — 56
5. TRANSCRIPT of proceeding held on March 8, 2010 p.m — 58
6. TRANSCRIPT of proceeding held on 4/28/10 — 64
7. TRANSCRIPT of proceeding held on June 9, 2010 — 72
8. TRANSCRIPT of proceeding held on 7/7/10 — 80
9. TRANSCRIPT of proceeding held on October 4, 2010 — 95

Rev. 5/7/09

USCA NO. 11-0933

SDNY NO. 08 CV 9464

# INDEX TO THE RECORD ON APPEAL CONTINUED

Clerk's Certificate
See Attached List of Numbered Documents

TRANSCRIPT of proceeding held on 10-04-2010 — Doc #97
TRANSCRIPT of proceeding held on 1-5-2011 — Doc #114
ENDORSED LETTER addressed to Judge Richard M. Berman dated 3/9/2011 — Doc #132
VOLUME I: Exhibits 1-3 to the declaration of Eric N. Whitney — Doc #133
VOLUME II: Exhibits 4-14B to the declaration of Eric N. Whitney — Doc #134
VOLUME III: Exhibits 15-30U to the declaration of Eric N. Whitney — Doc #135
VOLUME IV: Exhibits 31-63 to the declaration of Eric N. Whitney — Doc #136

Ruby J. Krajick, Clerk

By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

Ambac Assurance Corp.

-v-

EMC Mortgage

---

U.S.C.A. # 11-0933

U.S.D.C. # 08-cv-9464

JUDGE: Richard M Berman

DATE: 3-21-2011

## 1st SUPPLEMENTAL CLERK'S CERTIFICATE

I, Ruby J. Krajick, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered 1 through 136, inclusive, constitute the Supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 21st Day of March In this year of our Lord, Two Thousand and Eleven, and the Independence of the United States this 235th year.

Ruby J. Krajick, Clerk

By _____
Deputy Clerk

Rev. 1/03/11

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

AMBAC Assurance Corporation

-v-

EMC Mortgage

Date: 3-21-2011

USCA NO. 11-0933

SDNY NO. 08 CV 9464

JUDGE: Richard M Berman

### Extract of Docket Entries

**DATE**      **DOCUMENTS DESCRIPTION**

| DATE | DESCRIPTION |
|---|---|
| 5/22/2009 | Transcript of proceeding held on May 5, 2009 |
| 8/12/2009 | Transcript of proceeding held on 8/5/09 |
| 3/10/2010 | Transcript of proceeding held on March 8, 2010 |
| 3/19/2010 | Transcript of proceeding held on March 8, 2010 |
| 5/05/2010 | Transcript of proceeding held on 4/28/10 |
| 6/23/2010 | Transcript of proceeding held on June 9, 2010 |
| 7/16/2010 | Transcript of proceeding held on 7/7/10 |
| 10/13/2010 | Transcript of proceeding held on October 4, 2010 |
| 10/26/2010 | Transcript of proceeding held on 10/04/2010 |
| 1/19/2011 | Transcript of proceeding held on 1/5/2011 |

Ruby J. Krajick, Clerk

By: _____
Deputy Clerk

PAGE 2 OF 2

DATE: 3-21-2011

U.S.C.A. # 11-0933

U.S.D.C. # 08 CV 9464

D.C. JUDGE: Richard M. Berman

# EXTRACT OF DOCKET ENTRIES (Continued)

| DATE FILED | DOCUMENT DESCRIPTION |
|---|---|
| 3/09/2011 | ENDORSED LETTER addressed to Judge Richard M. Berman |
| 3/16/2011 | Volume I: Exhibits 1-3 to the declaration of Eric N. Whitney |
| 3/16/2011 | Volume II: Exhibits 4-14B to the declaration of Eric N. Whitney |
| 3/16/2011 | Volume III Exhibits 15-30 to the declaration of Eric N. Whitney |
| 3/16/2011 | Volume IV Exhibits 31-63 to the declaration of Eric N. Whitney |

Ruby J. Krajick, Clerk

By: _____
Deputy Clerk