UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT
_____

1:08-cv-09464-RMB-THK

**MANDATE**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 26th day of August, two thousand and eleven,

_____

AMBAC Assurance Corporation,

Plaintiff - Appellee,

v.

EMC Mortgage Corporation,

Defendant - Appellant.
_____

**ORDER**
Docket Number: 11-933

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 29, 2011

    The parties in the above referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42. Each party has submitted a separate electronically signed counterpart reflecting the negotiated terms of the stipulation.

    The stipulation hereby is so ordered.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/29/2011